JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P.O. Box 1708
Sacramento, California 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

FILED

SEP 23 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE: ) Case No: 10-40049-B13
)
JOHN EDWARDS ROBERTS ) TRUSTEE'S NOTICE OF
) UNCLAIMED FUNDS
)
)
)
Debtor(s) )

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

JAN P. JOHNSON, Chapter 13 Trustee, herewith submits check number 330831 of which $732.75, represents the total amount of unclaimed funds in the above captioned bankruptcy estate. This sum is being paid over pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011. The intended recipient(s) of these funds is as follows:

1

| NUMBER | NAME/ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF UNCLAIMED FUNDS |
|---|---|---|---|
| CT # 1<br>TR # 14 | CALIFORNIA SERVICE BUREAU<br>100 WOOD HOLLOW DR<br>NOVATO CA 94945-1424 | $10,581.14 | **$732.75** |

TOTAL CHECK: $732.75

Dated: September 21, 2015

_____
Jan P Johnson, Trustee